No. 86–863. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* KIZER, DIRECTOR OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of respondents for divided argument denied.

No. 86–1108. VERMONT *v.* COX. Sup. Ct. Vt. [Certiorari granted, 479 U. S. 1083.] Motion of respondent for leave to proceed further herein *in forma pauperis* denied. Henry Hinton, Esquire, of Montpelier, Vt., a member of the Bar of this Court, is invited to brief and argue this case in support of the judgment below as *amicus curiae*.

No. 86–6060. YATES *v.* AIKEN, WARDEN, ET AL. Sup. Ct. S. C. [Certiorari granted, 480 U. S. 945.] Motion for appointment of counsel granted, and it is ordered that David I. Bruck, Esquire, of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 86–6139. WATSON *v.* FORT WORTH BANK & TRUST. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States limited to Question 1 presented by the petition.

No. 86–1545. IN RE KOWALIK;
No. 86–6559. IN RE TROCHE; and
No. 86–6607. IN RE FIXEL. Petitions for writs of habeas corpus denied.

No. 86–805. PINTER ET AL. *v.* DAHL ET AL. C. A. 5th Cir. Certiorari granted.

No. 86–1217. RUSSONIELLO ET AL. *v.* OLAGUES ET AL. C. A. 9th Cir. Certiorari granted. In addition to the questions presented by the petition for writ of certiorari, the parties are invited to brief and argue the question of possible mootness.